# EXHIBIT 2

US00D792980S

## (12) United States Design Patent
### Olivares et al.

(10) Patent No.: **US D792,980 S**
(45) Date of Patent: ** Jul. 25, 2017

(54) **SEXUAL STIMULATION DEVICE**

(71) Applicant: **Shenzhen Aigan Technology Co. Ltd.**, Shenzhen (CN)

(72) Inventors: **Eddy Olivares**, Guangzhou (CN); **Dan Liu**, Guangzhou (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/589,750**

(22) Filed: **Jan. 4, 2017**

(51) **LOC (10) Cl.** .............................................. 28-03
(52) **U.S. Cl.**
    USPC ...................................... **D24/215**
(58) **Field of Classification Search**
    USPC ............... D24/200, 211, 212, 213, 214, 215;
        601/19, 27–32, 46–48, 52, 99, 112–113,
        601/118, 135, 137, DIG. 12, DIG. 14,
        601/DIG. 15, DIG. 16, DIG. 17;
        D30/160; D14/218, 138 AA
    CPC ........ A61H 19/00; A61H 19/30; A61H 19/32;
        A61H 19/34; A61H 19/40; A61H 19/44;
        A61H 19/50; A61H 2015/0007; A61H
        2015/0014; A61H 2015/0042; A61H
        15/00; A61H 7/003; A61H 7/005
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D127,824 S | * | 6/1941 | Garis | ........................... | D24/211 |
| D268,123 S | * | 3/1983 | Dretzke | ....................... | D21/725 |
| 4,765,350 A | * | 8/1988 | Moore | ................... | A45D 31/00 132/319 |
| D336,959 S | * | 6/1993 | Liming | ........................ | D24/214 |
| D340,527 S | * | 10/1993 | Goodell | ........................ | D11/40 |
| D342,999 S | * | 1/1994 | Gonsalves, Jr. | ............. | D24/147 |
| D423,676 S | * | 4/2000 | Lazio | .......................... | D24/214 |
| D436,181 S | * | 1/2001 | Lazio | .......................... | D24/214 |
| D444,566 S | * | 7/2001 | Thomas | ........................ | D24/214 |
| D507,448 S | * | 7/2005 | Fiedeler | ...................... | D7/300.2 |
| D540,952 S | * | 4/2007 | Colvin | ......................... | D24/215 |
| D603,052 S | * | 10/2009 | Bauer | ......................... | D24/214 |
| D605,779 S | * | 12/2009 | Murison | ....................... | D24/215 |
| D643,933 S | * | 8/2011 | Watabe | ........................ | D24/214 |
| D665,092 S | * | 8/2012 | Sedic | ........................... | D24/215 |
| D665,094 S | * | 8/2012 | Sedic | ........................... | D24/215 |
| D687,962 S | * | 8/2013 | DiVittorio | ................... | D24/215 |
| D696,414 S | * | 12/2013 | Tabe | ............................ | D24/215 |
| D712,057 S | * | 8/2014 | McDonald, Jr. | ............. | D24/215 |
| D712,059 S | * | 8/2014 | Sedic | ........................... | D24/215 |
| D712,563 S | * | 9/2014 | Pursel | ......................... | D24/171 |
| D714,953 S | * | 10/2014 | Marshall | ..................... | D24/215 |
| D722,347 S | * | 2/2015 | Matsushita | .................. | D21/662 |
| D722,659 S | * | 2/2015 | Matsushita | .................. | D21/662 |
| D732,683 S | * | 6/2015 | Zhang | ......................... | D24/215 |
| D743,043 S | * | 11/2015 | Cao | .............................. | D24/215 |
| D768,307 S | * | 10/2016 | Hetzel | ......................... | D24/214 |
| D768,310 S | * | 10/2016 | Hetzel | ......................... | D24/214 |
| D768,311 S | * | 10/2016 | Marshall | ..................... | D24/215 |

(Continued)

*Primary Examiner* — Sandra Snapp
(74) *Attorney, Agent, or Firm* — Steinberg Intellectual Property Law LLC; Gloria M. Steinberg, Esq.

(57) **CLAIM**

The ornamental design for a sexual stimulation device, as shown and described.

**DESCRIPTION**

FIG. **1** is a right side elevational view of the sexual stimulation device of the present invention;
FIG. **2** is a left side elevational view thereof;
FIG. **3** is a top down view thereof;
FIG. **4** is a bottom view thereof;
FIG. **5** is a front elevational view thereof;
FIG. **6** is a rear elevational view thereof;
FIG. **7** is a rear perspective view thereof; and,
FIG. **8** is a right side elevational view thereof in a curved configuration.

**1 Claim, 5 Drawing Sheets**



US D792,980 S

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2011/0054369 A1* | 3/2011 | Destefano | A61H 7/001 601/135 |
| 2011/0124959 A1 | 5/2011 | Murison | |
| 2013/0296750 A1* | 11/2013 | Pursel | A61H 99/00 601/137 |
| 2013/0331745 A1 | 12/2013 | Sedic | |
| 2014/0228629 A1 | 8/2014 | Baetica | |

* cited by examiner



FIG. 1



FIG. 2




FIG. 3　　　FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8