# EXHIBIT 3

US00D948069S

(12) **United States Design Patent** (10) Patent No.: **US D948,069 S**
Liu (45) Date of Patent: ** **Apr. 5, 2022**

(54) **MASSAGER**

(71) Applicant: **Danxiao Information Technology Ltd.**, Guangdong (CN)

(72) Inventor: **Dan Liu**, Guangzhou (CN)

(73) Assignee: **Danxiao Information Technology Ltd.**, Guangzhou (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/780,753**

(22) Filed: **Apr. 26, 2021**

(51) **LOC (13) Cl.** ............................................. 28-03
(52) **U.S. Cl.**
 USPC .................................................. **D24/215**
(58) **Field of Classification Search**
 USPC ...... D24/215, 200, 211, 212, 213, 214, 141, D24/133
 CPC ........ A61H 19/00; A61H 19/30; A61H 19/32; A61H 19/34; A61H 19/40; A61H 19/44; A61H 19/50; A61H 21/00; A61H 23/00; A61H 2205/087
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D605,779 S | * | 12/2009 | Murison | ...................... | D24/215 |
| D665,092 S | * | 8/2012 | Sedic | ........................ | D24/215 |
| D665,094 S | * | 8/2012 | Sedic | ........................ | D24/215 |
| D681,224 S | * | 4/2013 | Chen | ........................ | D24/215 |
| D685,492 S | * | 7/2013 | Chen | ........................ | D24/215 |
| D700,347 S | * | 2/2014 | Sedic | ....................... | D24/215 |
| D773,662 S | * | 12/2016 | Boler | ........................ | D24/141 |
| D792,980 S | * | 7/2017 | Olivares | ...................... | D24/215 |
| D857,222 S | * | 8/2019 | Liu | .............................. | D24/215 |
| D896,377 S | * | 9/2020 | Cahojova | ..................... | D24/141 |
| D898,912 S | * | 10/2020 | Xie | ............................. | D24/141 |
| 10,945,914 B1 | * | 3/2021 | Liu | ......................... | A61H 23/02 |
| D917,059 S | * | 4/2021 | Liu | .............................. | D24/215 |
| 2008/0009775 A1 | * | 1/2008 | Murison | ............... | A61H 19/40 601/46 |

OTHER PUBLICATIONS

Lovense—Lush 3. Date: Feb. 1, 2021. [online]. [Site visited Nov. 5, 2021]. Available from Internet URL: https://www.amazon.com/dp/B089Q6JVX8/ (Year: 2021).*

(Continued)

*Primary Examiner* — Susan Bennett Hattan
*Assistant Examiner* — Landon Thomas Cassell
(74) *Attorney, Agent, or Firm* — Ellenoff Grossman & Schole LLP; James M. Smedley; Alex Korona

(57) **CLAIM**

I claim the ornamental design for a massager, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, right perspective view of a massager embodying the new design.
FIG. **2** is a rear, left side perspective view of the massager embodying the new design.
FIG. **3** is a front view of the massager embodying the new design.
FIG. **4** is a rear view of the massager embodying the new design.
FIG. **5** is a bottom view of the massager embodying the new design.
FIG. **6** is a top view of the massager embodying the new design; and,
FIG. **7** is a left side view of the massager, the right side being a mirror image thereof.
The shading lines shown in the drawings represent the approximate three-dimensional contour of the design, and are not intended to indicate surface decoration.

**1 Claim, 3 Drawing Sheets**



(56) **References Cited**

OTHER PUBLICATIONS

Lovense—Lush Bullet Vibrator. Date: Feb. 3, 2019. [online]. [Site visited Nov. 5, 2021]. Available from Internet URL: https://www.amazon.com/dp/B01KIG1EBO/ (Year: 2019).*

Vibrators. (Design—© Questel) orbit.com. [Online PDF compilation of reference] 49 pgs. Print Dates Range Aug. 3, 2016-Sep. 29, 2020 [Retrieved Nov. 9, 2021] https://www.orbit.com/export/UCZAH96B/pdf4/5da31722-9b74-457b-a4ac-c0c8ae38ddb9-182658.pdf (Year: 2021).*

* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**