# EXHIBIT 6

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-330-356**

**Effective Date of Registration:**
October 28, 2022

**Registration Decision Date:**
December 08, 2022

## Title

**Title of Work:** Lush 2-Bluetooth remote control vibrator

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 04, 2017
**Nation of 1st Publication:** China

## Author

- **Author:** SHENZHEN LOVE SENSE TECHNOLOGY CO. LTD
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** SHENZHEN LOVE SENSE TECHNOLOGY CO. LTD
Room 13, 2nd Floor, North District, Dayuan Industrial Zone, Pingshan 1st Road, Taoyuan Street, Nanshan District, Shenzhen, 518073, China

## Rights and Permissions

**Organization Name:** SHENZHEN LOVE SENSE TECHNOLOGY CO. LTD
**Address:** Room 13, 2nd Floor, North District, Dayuan Industrial Zone, Pingshan 1st Road,
Taoyuan Street
Nanshan District
Shenzhen 518073

## Certification

**Registration #:** VA0002330356
**Service Request #:** 1-11871646777



Hengxun Law Firm
Harley He
10611 Harwin Dr. Suite 406
Houston, TX 77036 United States

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Shira Perlmutter*

United States Register of Copyrights and Director

May 25, 2023
_____
Date of Recordation

15015                          652
_____
Volume                         Doc.No.



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = ( Lush3 Bluetooth Remote Control Vibrator Technical Drawings. & 3 other titles)[ in Keyword Anywhere ]
Search Results: Displaying 1 of 1 entries



Click here to return to the previous screen

*Lush3 Bluetooth Remote Control Vibrator Technical Drawings. & 3 other titles;*

| | |
|---|---|
| **Type of Work:** | Entry not found. |
| **Document Number:** | V15015D652 |
| **Date of Recordation:** | 2023-05-25 |
| **Entire Copyright Document:** | V15015 D652 P1-4 |
| **Date of Execution:** | 23May23 |
| **Registration Number Not Verified:** | VA0002286349 |
| **Title:** | Lush3 Bluetooth Remote Control Vibrator Technical Drawings. & 3 other titles; Visual Material. |
| **Notes:** | Copyright assignment. |
| **Party 1:** | Shenzhen Love Sense Technology Co. Ltd., Room 13, 2nd Floor, North District, Dayuan Industrial Zone,, Pingshan, 1st Road, Taoyuan Street, Nanshan District,, Shenzhen, Guangdong, CHN |
| **Party 2:** | HYTTO PTE. LTD., 20 Emerald Hill Road,, Singapore, SGP |
| **Links:** | List of titles |
| **Names:** | Shenzhen Love Sense Technology Co. Ltd. |
| | HYTTO PTE. LTD. |



**Save, Print and Email (Help Page)**
Select Download Format   Format for Print/Save
Enter your email address:   Email

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

[Start Over]

This list contains titles in document **V15015D652**

Document title: Lush3 Bluetooth Remote Control Vibrator Technical Drawings. & 3 other titles; Visual Material.

The complete document is: **V15015 D652 P1-4**

---

List of titles:

001   Lush3 Bluetooth Remote Control Vibrator Technical Drawings.; Visual Material Reg. VA0002286349.

002   Lush-Bluetooth bullet vibrator.; Visual Material Reg. VA0002328479.

003   Lush 2-Bluetooth remote control vibrator.; Visual Material Reg. VA0002330356.

004   Lush 1-Bluetooth bullet vibrator.; Visual Material Reg. VA0002338994.

---

End of titles list for document **V15015D652**

*This is not a legal document.*

How to obtain a copy of a recorded document: http://www.copyright.gov/circs/circ06.pdf

*U.S. Copyright Office*

*101 Independence Ave., S.E.*

*Washington, D.C. 20559-6000*

*(202) 707-3000*