IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYTTO PTE. LTD. (d/b/a "Lovense"), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-15369 |
| ) | |
| THE PARTNERSHIPS and UNINCORPORATED ) | Jury Trial Demanded |
| ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL AS TO DEFENDANT 79**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Hytto Pte. Ltd. ("Lovense" or "Plaintiff") hereby dismisses with prejudice all causes of action in the complaint as to the Defendant identified below and in Schedule A. No motions are pending relative to this Defendant. Each party shall bear its own attorney's fees and costs.

| Defendant No. | Defendant Name |
|---|---|
| 79 (Shein) | GZsikeson Beauty & Health |

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Dated: January 18, 2024

*/s/ Nicholas A. Kurk*
Stephen J. Rosenfeld
Nicholas A. Kurk
Jacob D. Radecki
MCDONALD HOPKINS LLC
300 North LaSalle, Suite 1400
Chicago, IL 60654
Phone: (312) 280-0111
srosenfeld@mcdonaldhopkins.com

1

nkurk@mcdonaldhopkins.com
jradecki@mcdonaldhopkins.com

Kris Y. Teng (*pro hac vice*)
Zhe "Philip" Wang (*pro hac vice*)
Gang "Gavin" Ye (*pro hac vice*)
BAYES PLLC
8260 Greensboro Drive, Suite 625
McLean, VA 22102
Phone:   (703) 995-9887
Fax:        (703) 821-8128
kris.teng@bayes.law
philip.wang@bayes.law
gavin.ye@bayes.law

*ATTORNEYS FOR PLAINTIFF*
*HYTTO PTE. LTD. (D/B/A "LOVENSE")*